UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:25-CR-235 |
| SITAMERIAM NURAI IBRAHIM, Defendant. | § § § | |

## MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), and in the interests of justice, the Government moves to dismiss the Indictment (ECF 1) in this case **without prejudice**.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    United States Attorney

    /s/ John S. Ganz
    John S. Ganz
    Assistant United States Attorney
    Illinois ARDC #6289542
    1000 Louisiana Street, Suite 2300
    Houston, Texas 77002
    (713) 567-9920
    john.ganz@udoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing Motion, which was filed electronically, has been delivered automatically to defense counsel Amr Ahmed, by the ECF system.

              <u>/s/ John Ganz   </u>
              John Ganz
              Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:25-CR-235 |
| SITAMERIAM NURAI IBRAHIM, Defendant. | § § § | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

Pending before the Court is the United States' Motion to Dismiss the Indictment (ECF 1) Without Prejudice. Having considered the Motion, the Court ORDERS that the Indictment (ECF 1) pending against Defendant Ibrahim is hereby DISMISSED WITHOUT PREJUDICE.

Signed _____, 2025 at Houston, Texas.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE